Announced Wednesday, December 2.

38545. The State of Ohio, ex rel., Sibarco Corp. et al., appellees v. Hicks, Building Inspector, et al., appellants. Appeal from the Court of Appeals for Mahoning County. Gibson, Judge.

By reason of Section 2731.05, Revised Code, enacted pursuant to Section 4, Article IV, Ohio Constitution, it is error for the Common Pleas Court to issue a

writ of mandamus in those cases where there is a plain and adequate remedy in the ordinary course of law.

Judgment reversed.

Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Herbert, JJ., concur.